FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELISEO GUTIERREZ and VERONICA GUTIERREZ, husband and wife; and DR. MICHASEL SCOTT ANGLESEY, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED PROFESSIONALS INSURANCE COMPANY, Risk Retention Group, Inc., an Arizona Corporation,<br><br>Defendants. | No.   4:15-CV-5033<br><br>**ORDER DISMISSING CASE** |

On June 8, 2021, the parties filed a stipulated dismissal, ECF No. 50. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion and Order to Dismiss, **ECF No. 50**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All hearings and other deadlines are **STRICKEN.**

ORDER DISMISSING CASE - 1

4.	The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  8th  day of June 2021.

*Edward F. Shea*
_____
EDWARD F. SHEA
Senior United States District Judge

ORDER DISMISSING CASE - 2